**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6235**

RONALD S. SNIPE,

                Petitioner - Appellant,

     v.

WAYNE PHILLIPS,

                Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:08-cv-00022-JPB-JSK)

Submitted:  February 18, 2010     Decided:  February 23, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald S. Snipe, Appellant Pro Se. Helen Campbell Altmeyer,
Assistant United States Attorney, Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald S. Snipe, a federal prisoner, appeals the district court's order accepting in part and rejecting in part the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Snipe v. Phillips, No. 3:08-cv-00022-JPB-JSK (N.D.W. Va. Dec. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED